NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTONIO M. NEAL, DOC #124111,   )
                    )
       Appellant,       )
                    )
v.                    )    Case No. 2D18-601
                    )
STATE OF FLORIDA,       )
                    )
       Appellee.       )
_____)

Opinion filed February 8, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Vivian T. Corvo,
Judge.

PER CURIAM.

      Affirmed.

CASANUEVA, BADALAMENTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.